UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

KEITH JOSEY                                    :

                   Plaintiff(s)                :       **JUDGMENT**

         (vs)                                  :       Civil #08-01290 (RBK)

                                               :

BAYSIDE STATE PRISON, ET AL.                   :

         Defendant(s)

-----------------------------------------------------------------------

The Hon. John W. Bissell, Special Master, appointed by this Court having found for defendants on January 9, 2009, and the Court having granted plaintiff an additional twenty (20) days on April 1, 2010 to file any objection, and plaintiff having failed to file any objections,

IT IS, on this  2nd  day of March, 2011

ORDERED that the report of Hon. John Bissell dated January 9, 2009 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **Defendants Bayside State Prison, et al.** and against **Plaintiff Keith Josey.**

_____
HON. ROBERT B. KUGLER, U.S.D.J.